# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re: SURE-HIRE, INC.          §   Case No. 8:17-bk-09257-RCT

                                    §

                                    §

Debtor(s)                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DAWN A. CARAPELLA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$200.00_____      Assets Exempt: _$0.00_____
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00_____      Claims Discharged
Without Payment: $0.00_____

Total Expenses of Administration: $1,599.12_____

3) Total gross receipts of $      1,599.12      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of $1,599.12 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,599.12 | 1,599.12 | 1,599.12 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,281.73 | 13,882.35 | 13,882.35 | 0.00 |
| **TOTAL DISBURSEMENTS** | $15,281.73 | $15,481.47 | $15,481.47 | $1,599.12 |

    4)  This case was originally filed under Chapter 7 on October 31, 2017. The case was pending for 21 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/25/2019          By: /s/DAWN A. CARAPELLA
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account at Everence Federal Credit Unio | 1129-000 | 180.21 |
| Savings Account at Everence Federal Credit Union | 1129-000 | 117.91 |
| Account Receivable | 1221-000 | 1,301.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,599.12** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - DAWN A. CARAPELLA | 2100-000 | N/A | 399.78 | 399.78 | 399.78 |
| Trustee Expenses - DAWN A. CARAPELLA | 2200-000 | N/A | 1.45 | 1.45 | 1.45 |
| Other - Larry S. Hyman, CPA | 3410-000 | N/A | 1,068.00 | 1,068.00 | 1,068.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Larry S. Hyman, CPA | 3420-000 | N/A | 14.89 | 14.89 | 14.89 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,599.12 | $1,599.12 | $1,599.12 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 6,136.08 | 6,200.75 | 6,200.75 | 0.00 |
| 2 -1 | Fifth Third Bank | 7200-000 | 9,145.65 | 7,681.60 | 7,681.60 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $15,281.73 | $13,882.35 | $13,882.35 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:17-bk-09257-RCT | **Trustee:** (290520)  DAWN A. CARAPELLA |
| **Case Name:** SURE-HIRE, INC. | **Filed (f) or Converted (c):** 10/31/17 (f) |
| | **§341(a) Meeting Date:** 12/07/17 |
| **Period Ending:** 07/25/19 | **Claims Bar Date:** 03/26/18 |

| Ref. # | **1**<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | **2**<br>Petition/<br>Unscheduled<br>Values | **3**<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **4**<br>Property<br>Abandoned<br>OA=§554(a) | **5**<br>Sale/Funds<br>Received by<br>the Estate | **6**<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Everence Federal Credit Unio<br>    Orig. Asset Memo: Imported from original petition<br>    Doc# 1; | 180.21 | 180.21 | | 180.21 | FA |
| 2 | Savings Account at Everence Federal Credit Union<br>    Orig. Asset Memo: Imported from original petition<br>    Doc# 1; Imported from Amended Doc#: 5 | 192.30 | 192.30 | | 117.91 | FA |
| 3 | 2 old computers, Brother fax/printer, 2 computer<br>    Orig. Asset Memo: Imported from original petition<br>    Doc# 1; | 200.00 | 200.00 | OA | 0.00 | FA |
| 4 | Telephone Numbers  (u) | Unknown | 1,000.00 | OA | 0.00 | FA |
| 5 | Potential Preference Actions  (u) | Unknown | 5,000.00 | | 0.00 | FA |
| 6 | Potential Fr. Transfer Action  (u) | Unknown | 5,000.00 | | 0.00 | FA |
| 7 | Account Receivable  (u) | Unknown | 1,301.00 | | 1,301.00 | FA |
| **7** | **Assets    Totals (Excluding unknown values)** | **$572.51** | **$12,873.51** | | **$1,599.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR

12/4/17 - Notice of Continued 341 Mtg. to 12/21/17 (Dkt. 7);

12/22/17 - Notice of Assets;

12/22/17 - T deposited check for an account receivable that was turned over at 341 meeting;

1/16/18 - T reviewed additional documents provided by D's counsel;

1/17/18 - D's principal turned over petition date bank balances;

1/23/18 - Application to Employ Rbt. Wahl as counsel (Dkt. 10);

3/20/18 - Order approving Application to Employ Robert Wahl as Counsel (Dkt. 11); Cert. of Service (Dkt. 12);

3/20/18 - Tele. conf. with Rbt. Wahl re: preference review;

3/27/18 - CLAIMS REVIEWED; no objections necessary;

5/8/18 - Tele. conf. w/ Rbt. Wahl;

7/1/18 - T not pursuing avoidance actions;

9/26/18 - Notice of Abandonment of office equipment and telephone numbers;

9/26/18 - Tele. conf. w/ Counsel Rbt. Wahl - waiving fees due to administratively insolvent case;

9/27/18 - Applicaation to Employ Larry Hyman (Dkt. 15)

9/28/18 - Order to Employ Larry Hyman (Dkt. 16); 9/29/18 - Cert. of Service (Dkt. 17);

2/7/19 - Follow up email to L. Hyman re: status of estate tax return;

2/19/19 - T filed estate tax return;

Exhibit 8

Page:  2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:  8:17-bk-09257-RCT

Case Name:     SURE-HIRE, INC.

Period Ending: 07/25/19

Trustee:              (290520)     DAWN A. CARAPELLA

Filed (f) or Converted (c):   10/31/17 (f)

§341(a) Meeting Date:        12/07/17

Claims Bar Date:                03/26/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

2/19/19 - L. Hyman Fee Application (Dkt. 18);

2/19/19 -  Case Closed.

2/19/19 - Trustee's Fee Application (Dkt. 19);

5/30/19 - Order Allow. Adm. Exp. (Order No. 282817)

5/31/19 - Cert. of Serv. on Order Allow. Adm. Exp. (Dkt. 23)

6/15/19 - Distributions made;

Initial Projected Date Of Final Report (TFR):          December 7, 2018

Current Projected Date Of Final Report (TFR):          February 19, 2019  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 8:17-bk-09257-RCT | | | **Trustee:** | DAWN A. CARAPELLA (290520) | | |
| **Case Name:** SURE-HIRE, INC. | | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******6366 - Checking Account | | |
| **Taxpayer ID #:** **-***4704 | | | **Blanket Bond:** | $24,397,000.00  (per case limit) | | |
| **Period Ending:** 07/25/19 | | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/17 | {7} | Everence/ Florida Cancer Specialist | Account Receivable | 1221-000 | 1,301.00 | | 1,301.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,291.00 |
| 01/17/18 | | Sure-Hire, Inc. | Turnover of Petition Date bank balances | | 298.12 | | 1,589.12 |
| | {1} | | Turnover of petition date   180.21<br>bank balance | 1129-000 | | | 1,589.12 |
| | {2} | | Turnover of Petition Date   117.91<br>bank balance | 1129-000 | | | 1,589.12 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,579.12 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,569.12 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,559.12 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,549.12 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,539.12 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,529.12 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,519.12 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,509.12 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,504.12 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,499.12 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,494.12 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,489.12 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,484.12 |
| 05/31/19 | 101 | DAWN A. CARAPELLA | Dividend paid 100.00% on $1.45, Trustee<br>Expenses;  Reference: | 2200-000 | | 1.45 | 1,482.67 |
| 05/31/19 | 102 | DAWN A. CARAPELLA | Dividend paid 100.00% on $399.78, Trustee<br>Compensation;  Reference: | 2100-000 | | 399.78 | 1,082.89 |
| 05/31/19 | 103 | Larry S. Hyman, CPA | Dividend paid 100.00% on $1,068.00,<br>Accountant for Trustee Fees (Other Firm);<br>Reference: | 3410-000 | | 1,068.00 | 14.89 |
| 05/31/19 | 104 | Larry S. Hyman, CPA | Dividend paid 100.00% on $14.89, Accountant<br>for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 14.89 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 1,599.12 | 1,599.12 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 1,599.12 | 1,599.12 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,599.12 | $1,599.12 | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 8:17-bk-09257-RCT | | Trustee: | DAWN A. CARAPELLA (290520) |
|---|---|---|---|---|
| Case Name: | SURE-HIRE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6366 - Checking Account |
| Taxpayer ID #: | **-***4704 | | Blanket Bond: | $24,397,000.00  (per case limit) |
| Period Ending: | 07/25/19 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| Net Receipts : | 1,599.12 | | |
| Net Estate : | $1,599.12 | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******6366 | 1,599.12 | 1,599.12 | 0.00 |
| | $1,599.12 | $1,599.12 | $0.00 |